AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Engelhardt, Kurt D. | 2. Court or Organization  USDC - EDLA | 3. Date of Report  05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination　　Date  ☐ Initial　☑ Annual　☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013  to  12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
500 Poydras Street, C-367
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (Uncompensated) | Trust No. 1 |
| 2. | Member - Board of Directors (Uncompensated) | Cancer Association of Greater New Orleans (CAGNO) |
| 3. | Member - Dean's Advisory Planning Board (Uncompensated) | Louisiana State University - College of Humanities & Social Sciences |
| 4. | Member - Board of Directors (Uncompensated) - From Jan.-Aug. 2013 | New Orleans Chapter of the Federal Bar Association |
| 5. | Trustee (Uncompensated) | Special Needs Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Laborde & Neuner (formerly named deLaup & Enright, LLC) - Legal Secretary (Left job in March 2013 for job at the Parish of Jefferson-24th JDC) |
| 2. | 2013 | Parish of Jefferson-24th Judicial District Court - Administrative Assistant (Began in March 2013 - Present) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 2-27-13-2-28-13 | Houston, TX | Panelist at Forum on Admiralty & Maritime Claims & Litigation | Transportation, Lodging & Food |
| 2. | National Association of Workers' Compensation Judiciary | 8-18-13-8-21-13 | Orlando, FL | Speaker at Workers' Compensation Educational Conference | Transportation & Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York Life - LifeStages Variable Annuity | | None | M | T | | | | | |
| 2. Trust No. 1 | | | | | | | | | |
| 3. -Morgan Stanley Smith Barney | A | Dividend | K | T | | | | | |
| 4. New York Life Annuity | A | Interest | K | T | | | | | |
| 5. New York Life | | | | | | | | | |
| 6. - Whole Life Policy | A | Dividend | K | T | | | | | |
| 7. -Secure Term Choice Fixed Annuity | | None | K | T | | | | | |
| 8. -Whole Life Policy | A | Dividend | K | T | | | | | |
| 9. Citigroup (Travelers) employee 401k ▓▓▓ | | None | | | Closed | 03/08/13 | K | | See Explanation Part VIII |
| 10. AT&T (stock) ▓▓ ) | B | Dividend | K | T | | | | | |
| 11. deLaup & Enright, LLC employee 401k ▓▓ ) | | None | | | Closed | 03/08/13 | J | | See Explanation Part VIII |
| 12. Pershing, LLC-IRA ▓▓▓ | | None | L | W | Open | 03/08/13 | L | | See Explanation Part VIII |
| 13. - Fidelity Advisor Materials Instl Class-FMFEX | | | | | | | | | |
| 14. - International Growth @ Income Class F2-IGFFX | | | | | | | | | |
| 15. - Invesco Diversified Dividend Class Y-LCEYX | | | | | | | | | |
| 16. - Neuberger Berman Mid Cap Growth Class A-NMGAX | | | | | | | | | |
| 17. - New World Class F2-NFFFX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pimco Total Return-PTTDX | | | | | | | | | |
| 19. - Insured Cash Account | | | | | | | | | |
| 20. Jefferson Parish Retirement Plan ▓▓ | | None | J | W | Open | 03/08/13 | J | | See Explanation Part VIII |
| 21. Aetna 401(k) ▓▓ (X) | | None | K | W | | | | | See Explanation Part VIII |
| 22. Special Needs Trust | | | | | | | | | |
| 23. -JPMorgan Chase Bank | A | Interest | N | T | Open | 04/01/13 | N | | See Explanation Part VIII |
| 24. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Engelhardt, Kurt D. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Line 9 - Citigroup (Travelers) employee 401k ⬛⬛⬛⬛⬛⬛ - this entity was closed and all assets listed on Line 9 were transferred into a new IRA account with a different company named Pershing, LLC, now listed on Line 12.

Line 11 - deLaup & Enright, LLC employee 401k ⬛⬛⬛ - this entity was closed and all assets listed on Line 11 were transferred into a new IRA account with a different company named Pershing, LLC, now listed on Line 12.

Line 12 - Pershing, LLC-IRA ⬛⬛⬛ - this entity was opened and all assets listed on Line 9 Citigroup (Travelers) employee 401k ⬛⬛⬛ and Line 11 deLaup & Enright, LLC employee-401k ⬛⬛⬛ were transferred into this new IRA account of spouse.

Line 13 - Jefferson Parish Retirement Plan ⬛⬛⬛ - this entity was opened at the time ⬛⬛⬛ new employment in March 2013.

Line 14 - Aetna 401k ⬛⬛⬛ - this entity was previously unreported as it was unknown by reporting person until the 2013 reporting year. This is a 401k opened by ⬛⬛⬛ at ⬛ previous employer in 1983, long before reporting person ⬛⬛⬛.

Line 16 - JPMorgan Chase Bank under Line 15 header Special Needs Trust - this entity was opened in May 2013 when appointed trustee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kurt D. Engelhardt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544